UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6785 CAS (PJWx) | Date | February 4, 2013 |
|---|---|---|---|
| Title | RICHARD FIMBRES V. PACIFIC MARITIME ASSOCIATION, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT

**I.   DISCUSSION**

Plaintiff Richard Fimbres, proceeding pro se, filed this lawsuit in this Court on August 17, 2011. On July 18, 2012, plaintiff filed a first amended complaint ("FAC"). The FAC names dozens of defendants and asserts thirty-five claims for relief including claims for breach of contract, fraud, unlawful discrimination, and other state law torts.

On December 10, 2012, the Court dismissed all the claims in the FAC, and gave plaintiff leave to file an amended pleading by January 4, 2013. Dkt. # 44. The Court's order stated that failure to file an amended pleading by this date could result in dismissal of the case with prejudice.

On January 15, 2013, plaintiff filed an ex parte request to extend the deadline for filing an amended pleading to January 18, 2013. The Court granted this request. Plaintiff now asks for additional time to file a second amended complaint, in order to decrease the length of his amended pleading and due to unforeseen illness. Plaintiff asks the Court to extend the deadline for filing a second amended complaint to February 13, 2013.

The Court grants plaintiff's request. However, since the Court has already extended this deadline twice pursuant to plaintiff's requests, no further extensions will be granted, unless plaintiff timely makes a showing of good cause for extending the deadline. In other words, if plaintiff fails to submit an amended pleading or other request by February 13, 2013, this action will be dismissed with prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6785 CAS (PJWx) | Date | February 4, 2013 |
|---|---|---|---|
| Title | RICHARD FIMBRES V. PACIFIC MARITIME ASSOCIATION, INC., ET AL. | | |

## II.   CONCLUSION

In accordance with the foregoing, the Court hereby extends the deadline for plaintiff to file a second amended complaint to **February 13, 2013**.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |